Lyman R. Lundy and John L. Butler, d/b/a Lundy, Butler & Lundy, Plaintiffs-Appellees, v. Hazel R. Messer, et al., Defendants.
Hazel R. Messer, Appellant.

Gen. No. 11,313.

Second District, Second Division.

March 8, 1960.

Rehearing denied June 8, 1960.

John R. Snively, for appellant; Large, Reno, Zahm, and Folgate (H. Emmett Folgate, of counsel) for appellees. Opinion by JUSTICE CROW. Not to be published in full.